**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Elvin Noe CRUZ–MEDINA, Defendant–Appellant.**

No. 11–10672.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 20, 2012.

Monte Cress Clausen, USTU—Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Jack L. Lansdale, Jr., Esquire, Law Offices of Jack L. Landsdale, Jr., Tucson, AZ, for Defendant–Appellant.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

MEMORANDUM ***

Elvin Noe Cruz–Medina appeals from his guilty-plea conviction and 27–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Cruz–Medina's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Cruz–Medina the oppor-

tunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

